UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NICOLE MAITLAND,**<br><br>                              Plaintiff,<br><br>     -vs-<br><br>**NIAGARA CREDIT SOLUTIONS, INC.,**<br><br>                              Defendant. | *Civil Action No. 10-CV-6154* |

### STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action be discontinued, with prejudice, without costs to either party as against the other.

Dated: June 8, 2010

/s/ Frank J. Borgese                              /s/ David G. Peltan
**Frank J. Borgese, Esq**                         **David G. Peltan, Esq**
Graham Law, P.C.                                  Peltan Law, PLLC
*Attorneys for Plaintiff*                         *Attorneys for Defendant*
1207 Delaware Ave., Suite 202                     128 Church Street
Buffalo, New York 14209                           East Aurora, New York 14052
fborgese@grahamlawpc.com                          davidpeltan@peltanlaw.com
716.200.1520                                      716.655.3887